RECEIVED
IN LAKE CHARLES, LA.

IJUN 29 2011

TONY P. MOORE, CLERK
BY _____
          DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| RICKY CARTHAN<br>LA. DOC. #90493 | : | **DOCKET NO. 2:10 CV617<br>SECTION "P"** |
| VS. | : | **JUDGE MINALDI** |
| WARDEN BURL CAIN | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be TRANSFERRED to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 28 day of _____June_____ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE